# UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| AGOSTO, SUZETTE | § | Case No. 14-35959 DRC |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 13 of the United States Bankruptcy Code was filed on 10/02/2014 . The case was converted to one under Chapter 7 on 01/15/2015 . The undersigned trustee was appointed on 01/15/2015 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $      33,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 14,750.39 |
   | Bank service fees | 130.56 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 3,000.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]     $ | 15,119.05 |

   The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 01/13/2016 and the deadline for filing governmental claims was 01/13/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 3,750.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 3,750.00 , for a total compensation of $ 3,750.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 14.52 , for total expenses of $ 14.52 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/19/2016                By: /s/GINA B. KROL
                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No.: | 14-35959 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | AGOSTO, SUZETTE | | | Date Filed (f) or Converted (c): | 01/15/15 (c) |
| | | | | 341(a) Meeting Date: | 02/17/15 |
| For Period Ending: | 05/19/16 | | | Claims Bar Date: | 01/13/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 0N075 COTTONWOOD DR WHEATON, IL 60187 | 177,000.00 | 0.00 | | 0.00 | FA |
| 2. Chase checking | 100.00 | 0.00 | | 0.00 | FA |
|    Checking account with Chase | | | | | |
| 3. Chase Savings | 1.00 | 0.00 | | 0.00 | FA |
|    Savings account with Charter One | | | | | |
| 4. HOUSEHOLD GOODS | 900.00 | 0.00 | | 0.00 | FA |
|    misc used household goods | | | | | |
| 5. WEARING APPAREL | 400.00 | 0.00 | | 0.00 | FA |
|    used clothing | | | | | |
| 6. CAUSE OF ACTION | 50,000.00 | 33,000.00 | | 33,000.00 | FA |
|    Plaintiff against her old employer Colorado Technical University pending law suit $50,000 is an estimation | | | | | |
| 7. Honda Lease | 9,500.00 | 0.00 | | 0.00 | FA |
|    2014 Honda CRV lease | | | | | |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $237,901.00 | $33,000.00 | | $33,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtor has a pending lawsuit against a former employer in Colorado. Trustee is investigating

October 08, 2015, 01:14 pm

Initial Projected Date of Final Report (TFR): 12/31/16     Current Projected Date of Final Report (TFR): 12/31/16

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | |
|---|---|---|
| Case No: | 14-35959   DRC   Judge: Donald R. Cassling | Trustee Name: GINA B. KROL |
| Case Name: | AGOSTO, SUZETTE | Date Filed (f) or Converted (c): 01/15/15 (c) |
| | | 341(a) Meeting Date: 02/17/15 |
| | | Claims Bar Date: 01/13/16 |

/s/   GINA B. KROL
_____   Date: 05/19/16
    GINA B. KROL

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 14-35959 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | AGOSTO, SUZETTE | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******7822 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3272 | | | |
| For Period Ending: | 05/19/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/21/16 | 6 | Career Education Corporation<br>231 N. Martingale Rd.<br>Schaumburg, IL 60173 | Settlement of Cause of Action | 1149-000 | 33,000.00 | | 33,000.00 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.40 | 32,982.60 |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 45.86 | 32,936.74 |
| 03/09/16 | 030001 | Gene P. Graham<br>19049 E. Valley View Parkway<br>Independence, MO 64055 | Special Counsel Fees | 3210-600 | | 13,200.00 | 19,736.74 |
| 03/09/16 | 030002 | Gene P. Graham<br>19049 E. Valley View Parkway<br>Independence, MO 64055 | Special Counsel Expenses | 3220-610 | | 1,550.39 | 18,186.35 |
| * 03/09/16 | 030003 | Suzette Agosto<br>c/o John Carlin<br>Suburban Legal Group PC<br>1305 Remmington Road<br>Suite C<br>Schaumburg, IL 60173 | Exemption | 8100-004 | | 3,000.00 | 15,186.35 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 41.19 | 15,145.16 |
| 05/03/16 | 030004 | Suzette Agosto<br>c/o John Carlin<br>Suburban Legal Group, PC<br>1305 Rmmington Road, Suite C<br>Schaumburg, IL 60173 | Replacement check for #30003 | 8100-000 | | 3,000.00 | 12,145.16 |
| * 05/04/16 | 030003 | Suzette Agosto<br>c/o John Carlin<br>Suburban Legal Group PC<br>1305 Remmington Road<br>Suite C<br>Schaumburg, IL 60173 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 8100-004 | | -3,000.00 | 15,145.16 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.11 | 15,119.05 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM2T4

Ver: 19.06a

FORM 2

Page: 2

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 14-35959 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | AGOSTO, SUZETTE | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7822  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3272 | | |
| For Period Ending: | 05/19/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 05/12/16 | 030005 | Gene P. Graham<br>WAGB&C<br>19049 E. Valley View Parkway<br>Independence, MO  64055 | Special Counsel Fees & Expenses<br><br>Fees                13,200.00<br>Expenses           1,550.39 | <br><br><br><br>3991-004<br>3992-004 | | 14,750.39 | 368.66 |
| * 05/19/16 | 030005 | Gene P. Graham<br>WAGB&C<br>19049 E. Valley View Parkway<br>Independence, MO  64055 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL<br><br>Fees          (  13,200.00 )<br>Expenses      (   1,550.39 ) | <br><br><br><br>3991-004<br>3992-004 | | -14,750.39 | 15,119.05 |

| Account *******7822 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 1 | Deposits | 33,000.00 | 7 | Checks | 17,750.39 |
| 0 | Interest Postings | 0.00 | 4 | Adjustments Out | 130.56 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $   33,000.00 | | | |
| | | | | Total | $   17,880.95 |
| 0 | Adjustments In | 0.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $   33,000.00 | | | |

UST Form 101-7-TFR (5/1/2011)  *(Page: 6)*

LFORM2T4

Ver: 19.06a

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit B

| Case No: | 14-35959 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | AGOSTO, SUZETTE | Bank Name: | ASSOCIATED BANK |
|  |  | Account Number / CD #: | *******7822 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3272 |  |  |
| For Period Ending: | 05/19/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Trustee's Signature: ____/s/    GINA B. KROL_____ Date: 05/19/16
                            GINA B. KROL

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: May 19, 2016 |
|---|---|---|---|---|---|---|
| Case Number: | 14-35959 | Priority Sequence | | | | |
| Debtor Name: | AGOSTO, SUZETTE | | Joint Debtor: | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | Gina Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL  60602<br>Tax Id: 99-9999999 | Administrative | | $0.00 | $3,764.52 | $3,764.52 |
| 001<br>3210-60 | Gene P. Graham<br>WAGB& C<br>19049 E Valley View Parkway<br>Independence, MO  64055 | Administrative | | $0.00 | $14,750.39 | $14,750.39 |
| 001<br>3110-00 | COHEN & KROL<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL  60602 | Administrative | | $0.00 | $3,684.56 | $3,684.56 |
| 000008<br>050<br>4110-00 | Stonegate Mortgage Corporation<br>Stonegate Mortgage<br>Two Energy Square<br>4849 Greenville, Ave., Suite 800<br>Dallas, TX 75206 | Secured<br>  claim withdrawn | | $0.00 | $228,741.16 | $0.00 |
| 000001<br>070<br>7100-90 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $0.00 | $1,693.00 | $1,693.00 |
| 000002<br>070<br>7100-00 | American Honda Finance Corporation<br>National Bankruptcy Center<br>P.O. Box 168088<br>Irving, TX 75016-8088<br>866-716-6441 | Unsecured | | $0.00 | $5,108.13 | $5,108.13 |
| 000003<br>070<br>7100-90 | TD BANK USA, N.A.<br>C O WEINSTEIN, PINSON AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Unsecured | | $0.00 | $486.64 | $486.64 |
| 000004<br>070<br>7100-90 | Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2238 | Unsecured | | $0.00 | $3,776.80 | $3,776.80 |
| 000005<br>070<br>7100-00 | U.S. Small Business Administration<br>801 Tom Martin Drive, Suite 120<br>Birmingham, AL 35211 | Unsecured | | $0.00 | $12,876.44 | $12,876.44 |
| 000006<br>070<br>7100-90 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $0.00 | $351.14 | $351.14 |

Page 2            **EXHIBIT C**
**ANALYSIS OF CLAIMS REGISTER**       Date: May 19, 2016

Case Number: 14-35959  
Debtor Name: AGOSTO, SUZETTE  
Priority Sequence  
Joint Debtor:

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000007 070 7100-00 | US DEPT OF EDUCATION CLAIMS FILING UNIT PO BOX 8973 MADISON, WI 53704-8973 | Unsecured | | $0.00 | $5,754.99 | $5,754.99 |
| 000009 070 7100-90 | ECAST SETTLEMENT CORPORATION, ASSIGNEE OF CITIBANK, N.A. POB 29262 NEW YORK, NY 10087-9262 | Unsecured | | $0.00 | $2,504.64 | $2,504.64 |
| 000010 070 7100-90 | EnerBank USA 1245 East Brickyard Road, Suite 600 Salt Lake City, Utah 84106 | Unsecured | | $0.00 | $6,537.44 | $6,537.44 |
| 000011 070 7100-90 | Portfolio Recovery Associates, LLC Successor to Synchrony Bank (Amazon) POB 41067 Norfolk, VA 23541 | Unsecured | | $0.00 | $1,627.63 | $1,627.63 |
| 000012 070 7100-90 | Portfolio Recovery Associates, LLC Successor to Synchrony Bank (Walmart) POB 41067 Norfolk, VA 23541 | Unsecured | | $0.00 | $1,166.33 | $1,166.33 |
| 000013 070 7100-90 | Portfolio Recovery Associates, LLC Successor to Synchrony Bank (Jc Penney) POB 41067 Norfolk, VA 23541 | Unsecured | | $0.00 | $1,594.81 | $1,594.81 |
| 000014 070 7100-90 | Portfolio Recovery Associates, LLC Successor to Capital One Bank POB 41067 Norfolk, VA 23541 | Unsecured | | $0.00 | $1,178.52 | $1,178.52 |
| | Case Totals: | | | $0.00 | $295,597.14 | $66,855.98 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-35959 DRC
Case Name: AGOSTO, SUZETTE
Trustee Name: GINA B. KROL

Balance on hand $ 15,119.05

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000008 | Stonegate Mortgage Corporation Stonegate Mortgage Two Energy Square 4849 Greenville, Ave., Suite 800 Dallas, TX 75206 | $ 228,741.16 | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 15,119.05

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 3,750.00 | $ 0.00 | $ 3,750.00 |
| Trustee Expenses: GINA B. KROL | $ 14.52 | $ 0.00 | $ 14.52 |
| Attorney for Trustee Fees: COHEN & KROL | $ 3,609.00 | $ 0.00 | $ 3,609.00 |
| Attorney for Trustee Expenses: COHEN & KROL | $ 75.56 | $ 0.00 | $ 75.56 |
| Other: Gene P. Graham | $ 13,200.00 | $ 13,200.00 | $ 0.00 |
| Other: Gene P. Graham | $ 1,550.39 | $ 1,550.39 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 7,449.08 |
| Remaining Balance | $ | 7,669.97 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 44,656.51 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 17.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ 1,693.00 | $ 0.00 | $ 290.78 |
| 000002 | American Honda Finance Corporation<br>National Bankruptcy Center<br>P.O. Box 168088<br>Irving, TX 75016-8088<br>866-716-6441 | $ 5,108.13 | $ 0.00 | $ 877.35 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | TD BANK USA, N.A.<br>C O WEINSTEIN, PINSON AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | $ 486.64 | $ 0.00 | $ 83.58 |
| 000004 | Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2238 | $ 3,776.80 | $ 0.00 | $ 648.68 |
| 000005 | U.S. Small Business Administration<br>801 Tom Martin Drive, Suite 120<br>Birmingham, AL 35211 | $ 12,876.44 | $ 0.00 | $ 2,211.59 |
| 000006 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | $ 351.14 | $ 0.00 | $ 60.31 |
| 000007 | US DEPT OF EDUCATION<br>CLAIMS FILING UNIT<br>PO BOX 8973<br>MADISON, WI 53704-8973 | $ 5,754.99 | $ 0.00 | $ 988.45 |
| 000009 | ECAST SETTLEMENT CORPORATION, ASSIGNEE<br>OF CITIBANK, N.A.<br>POB 29262<br>NEW YORK, NY 10087-9262 | $ 2,504.64 | $ 0.00 | $ 430.18 |
| 000010 | EnerBank USA<br>1245 East Brickyard Road, Suite 600<br>Salt Lake City, Utah 84106 | $ 6,537.44 | $ 0.00 | $ 1,122.84 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000011 | Portfolio Recovery Associates, LLC Successor to Synchrony Bank (Amazon) POB 41067 Norfolk, VA 23541 | $ 1,627.63 | $ 0.00 | $ 279.55 |
| 000012 | Portfolio Recovery Associates, LLC Successor to Synchrony Bank (Walmart) POB 41067 Norfolk, VA 23541 | $ 1,166.33 | $ 0.00 | $ 200.32 |
| 000013 | Portfolio Recovery Associates, LLC Successor to Synchrony Bank (Jc Penney) POB 41067 Norfolk, VA 23541 | $ 1,594.81 | $ 0.00 | $ 273.92 |
| 000014 | Portfolio Recovery Associates, LLC Successor to Capital One Bank POB 41067 Norfolk, VA 23541 | $ 1,178.52 | $ 0.00 | $ 202.42 |

Total to be paid to timely general unsecured creditors       $            7,669.97

Remaining Balance                                            $                0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE