IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **Suzette Agosto** | ) | No. 14 B 35959 |
| | ) | |
| Debtor(s). | ) | |

## PROOF OF SERVICE

TO:     See Attached

I, GINA B. KROL, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was sent on June 27, 2016 by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.

GINA B. KROL
COHEN & KROL
105 W. Madison, Ste 1100
Chicago, IL   60602
312-368-0300                                                    BY:/s/ Gina B. Krol
                                                                         Ch 7 Bankruptcy Trustee

Service List:

Discover Bank
DB Servicing Corporation
P.O. Box 3025
New Albany, OH   43054

American Honda Finance Corporation
National Bankruptcy Center
P.O. Box 168088
Irving, TX   75016-80188

TD Bank USA NA
c/o Weinstein, Pinson & Riley, PS
2001 Western Avenue
Suite 400
Seattle, WA   98121

Bank of America, NA
P.O. Box 982284
El Paso, TX   79998-2238

US Small Business Administration
801 Tom Martin Drive, Suite 120
Birmingham, AL   35211

Quantum3 Group LLC as agent for
Comenity Bank
P.O. Box 788
Kirkland, WA   98083

US Dept of Education
Claims Filing Unit
P.O. Box 8973
Madison, WI   53704-8973

Stonegate Mortgage Corporation
Stonegate Mortgage
Two Energy Square
4849 Greenville Avenue, Ste 800
Dallas, TX   75206

Ecast Settlement Corporation assignee
of Citibank, NA
P.O. Box 29262
New York, NY   10087

EnerBank USA
1245 East Brickyard Road, Ste 600
Salt Lake City, UT   84106

Portfolio Recovery Associates, Inc.
Successor to Capital One Bank
P.O. Box 41067
Norfolk, NA   23541

Portfolio Recovery Associates, Inc.
Successor to Synchrony Bank (Amazon)
P.O. Box 41067
Norfolk, NA   23541

Suzette Agosto
0N075 Cottonwood Dr
Wheaton, IL   60187

John Carlin
jcarlin@changandcarlin.com

Office of the US Trustee
USTPRegion11.ES.ECF@usdoj.gov