**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| AGOSTO, SUZETTE | § | Case No. 14-35959 DRC |
| | § | |
| Debtor | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 184,100.00<br>*(Without deducting any secured claims)* | Assets Exempt: 6,801.00 |
| Total Distributions to Claimants: 7,669.97 | Claims Discharged<br>Without Payment: 44,814.54 |
| Total Expenses of Administration: 22,330.03 | |

3) Total gross receipts of $ 33,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 3,000.00 (see **Exhibit 2**), yielded net receipts of $ 30,000.00 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 229,001.00 | $ 228,741.16 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 22,330.03 | 22,330.03 | 22,330.03 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 600.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 33,445.00 | 44,656.51 | 44,656.51 | 7,669.97 |
| **TOTAL DISBURSEMENTS** | $ 263,046.00 | $ 295,727.70 | $ 66,986.54 | $ 30,000.00 |

4) This case was originally filed under chapter 13 on 10/02/2014 , and it was converted to chapter 7 on 01/15/2015 . The case was pending for 20 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/26/2016 By:/s/GINA B. KROL

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| CAUSE OF ACTION | 1149-000 | 33,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$** 33,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Suzette Agosto | Exemptions | 8100-000 | 3,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** 3,000.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Honda Finance Po Box 168088 Irving, TX 75016 | | 9,800.00 | NA | NA | 0.00 |
| | Stonegate Mortage Corp 1575 Main Street Mansfield, OH 44903 | | 219,201.00 | NA | NA | 0.00 |
| 000008 | STONEGATE MORTGAGE CORPORATION | 4110-000 | NA | 228,741.16 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| **TOTAL SECURED CLAIMS** | | | $ 229,001.00 | $ 228,741.16 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA KROL | 2100-000 | NA | 3,750.00 | 3,750.00 | 3,750.00 |
| GINA KROL | 2200-000 | NA | 14.52 | 14.52 | 14.52 |
| ASSOCIATED BANK | 2600-000 | NA | 130.56 | 130.56 | 130.56 |
| COHEN & KROL | 3110-000 | NA | 2,406.01 | 2,406.01 | 2,406.01 |
| GINA KROL | 3110-000 | NA | 1,202.99 | 1,202.99 | 1,202.99 |
| COHEN & KROL | 3120-000 | NA | 75.56 | 75.56 | 75.56 |
| GENE P. GRAHAM | 3210-600 | NA | 13,200.00 | 13,200.00 | 13,200.00 |
| GENE P. GRAHAM | 3220-610 | NA | 1,550.39 | 1,550.39 | 1,550.39 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 22,330.03 | $ 22,330.03 | $ 22,330.03 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Revenue P.O. Box 64338 Chicago, IL 60664 | | 0.00 | NA | NA | 0.00 |
| | Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | | 600.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 600.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Barclays Bank Delaware Attn: Bankruptcy P.O. Box 8801 Wilmington, DE 19899 | | 1,694.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital 1 Bank Attn: General Correspondence Po Box 30285 Salt Lake City, UT 84130 | | 824.00 | NA | NA | 0.00 |
| | Chase 201 N. Walnut St//De1-1027 Wilmington, DE 19801 | | 4,145.00 | NA | NA | 0.00 |
| | Credit One Bank Po Box 98873 Las Vegas, NV 89193 | | 565.00 | NA | NA | 0.00 |
| 000002 | AMERICAN HONDA FINANCE CORPORATION | 7100-000 | NA | 5,108.13 | 5,108.13 | 877.35 |
| 000005 | U.S. SMALL BUSINESS ADMINISTRATION | 7100-000 | 0.00 | 12,876.44 | 12,876.44 | 2,211.59 |
| 000007 | US DEPT OF EDUCATION | 7100-000 | 5,719.00 | 5,754.99 | 5,754.99 | 988.45 |
| 000004 | BANK OF AMERICA, N.A. | 7100-900 | 3,687.00 | 3,776.80 | 3,776.80 | 648.68 |
| 000001 | DISCOVER BANK | 7100-900 | 1,693.00 | 1,693.00 | 1,693.00 | 290.78 |
| 000009 | ECAST SETTLEMENT CORPORATION, ASSIG | 7100-900 | 2,504.00 | 2,504.64 | 2,504.64 | 430.18 |
| 000010 | ENERBANK USA | 7100-900 | 6,537.00 | 6,537.44 | 6,537.44 | 1,122.84 |
| 000011 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-900 | 1,558.00 | 1,627.63 | 1,627.63 | 279.55 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000012 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-900 | 1,109.00 | 1,166.33 | 1,166.33 | 200.32 |
| 000013 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-900 | 1,526.00 | 1,594.81 | 1,594.81 | 273.92 |
| 000014 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-900 | 1,127.00 | 1,178.52 | 1,178.52 | 202.42 |
| 000006 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-900 | 315.00 | 351.14 | 351.14 | 60.31 |
| 000003 | TD BANK USA, N.A. | 7100-900 | 442.00 | 486.64 | 486.64 | 83.58 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ 33,445.00 | $ 44,656.51 | $ 44,656.51 | $ 7,669.97 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit 8

Case No: 14-35959 DRC Judge: Donald R. Cassling
Case Name: AGOSTO, SUZETTE

For Period Ending: 08/26/16

Trustee Name: GINA B. KROL
Date Filed (f) or Converted (c): 01/15/15 (c)
341(a) Meeting Date: 02/17/15
Claims Bar Date: 01/13/16

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 0N075 COTTONWOOD DR WHEATON, IL 60187 | 177,000.00 | 0.00 | | 0.00 | FA |
| 2. Chase checking<br>Checking account with Chase | 100.00 | 0.00 | | 0.00 | FA |
| 3. Chase Savings<br>Savings account with Charter One | 1.00 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS<br>misc used household goods | 900.00 | 0.00 | | 0.00 | FA |
| 5. WEARING APPAREL<br>used clothing | 400.00 | 0.00 | | 0.00 | FA |
| 6. CAUSE OF ACTION<br>Plaintiff against her old employer Colorado Technical University pending law suit $50,000 is an estimation | 50,000.00 | 33,000.00 | | 33,000.00 | FA |
| 7. Honda Lease<br>2014 Honda CRV lease | 9,500.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $237,901.00 | $33,000.00 | | $33,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Sent TFR to US Tee for Review May 19, 2016, 12:35 pm

Debtor has a pending lawsuit against a former employer in Colorado. Trustee is investigating
October 08, 2015, 01:14 pm

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit 8

Case No: 14-35959 DRC Judge: Donald R. Cassling
Case Name: AGOSTO, SUZETTE

Trustee Name: GINA B. KROL
Date Filed (f) or Converted (c): 01/15/15 (c)
341(a) Meeting Date: 02/17/15
Claims Bar Date: 01/13/16

Initial Projected Date of Final Report (TFR): 12/31/16 Current Projected Date of Final Report (TFR): 12/31/16

/s/ GINA B. KROL

____________________________________ Date: 08/26/16

GINA B. KROL

FORM 2

Page: 1

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 14-35959 -DRC
Case Name: AGOSTO, SUZETTE

Taxpayer ID No: *******3272
For Period Ending: 08/26/16

Trustee Name: GINA B. KROL
Bank Name: ASSOCIATED BANK
Account Number / CD #: *******7822 Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/21/16 | 6 | Career Education Corporation<br>231 N. Martingale Rd.<br>Schaumburg, IL 60173 | Settlement of Cause of Action | 1149-000 | 33,000.00 | | 33,000.00 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.40 | 32,982.60 |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 45.86 | 32,936.74 |
| 03/09/16 | 030001 | Gene P. Graham<br>19049 E. Valley View Parkway<br>Independence, MO 64055 | Special Counsel Fees | 3210-600 | | 13,200.00 | 19,736.74 |
| 03/09/16 | 030002 | Gene P. Graham<br>19049 E. Valley View Parkway<br>Independence, MO 64055 | Special Counsel Expenses | 3220-610 | | 1,550.39 | 18,186.35 |
| * 03/09/16 | 030003 | Suzette Agosto<br>c/o John Carlin<br>Suburban Legal Group PC<br>1305 Remmington Road<br>Suite C<br>Schaumburg, IL 60173 | Exemption | 8100-004 | | 3,000.00 | 15,186.35 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 41.19 | 15,145.16 |
| 05/03/16 | 030004 | Suzette Agosto<br>c/o John Carlin<br>Suburban Legal Group, PC<br>1305 Rmmington Road, Suite C<br>Schaumburg, IL 60173 | Replacement check for #30003 | 8100-000 | | 3,000.00 | 12,145.16 |
| * 05/04/16 | 030003 | Suzette Agosto<br>c/o John Carlin<br>Suburban Legal Group PC<br>1305 Remmington Road<br>Suite C<br>Schaumburg, IL 60173 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 8100-004 | | -3,000.00 | 15,145.16 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.11 | 15,119.05 |

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 14-35959 -DRC
Case Name: AGOSTO, SUZETTE

Taxpayer ID No: *******3272
For Period Ending: 08/26/16

Trustee Name: GINA B. KROL
Bank Name: ASSOCIATED BANK
Account Number / CD #: *******7822 Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 05/12/16 | 030005 | Gene P. Graham<br>WAGB&C<br>19049 E. Valley View Parkway<br>Independence, MO 64055 | Special Counsel Fees & Expenses | | | 14,750.39 | 368.66 |
| | | | Fees 13,200.00 | 3991-004 | | | |
| | | | Expenses 1,550.39 | 3992-004 | | | |
| * 05/19/16 | 030005 | Gene P. Graham<br>WAGB&C<br>19049 E. Valley View Parkway<br>Independence, MO 64055 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | | | -14,750.39 | 15,119.05 |
| | | | Fees ( 13,200.00 ) | 3991-004 | | | |
| | | | Expenses ( 1,550.39 ) | 3992-004 | | | |
| 07/22/16 | 030006 | Gina Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution | | | 3,764.52 | 11,354.53 |
| | | | Fees 3,750.00 | 2100-000 | | | |
| | | | Expenses 14.52 | 2200-000 | | | |
| 07/22/16 | 030007 | COHEN & KROL<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution | | | 2,481.57 | 8,872.96 |
| | | | Fees 2,406.01 | 3110-000 | | | |
| | | | Expenses 75.56 | 3120-000 | | | |
| 07/22/16 | 030008 | Gina Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution | 3110-000 | | 1,202.99 | 7,669.97 |
| 07/22/16 | 030009 | American Honda Finance Corporation<br>National Bankruptcy Center<br>P.O. Box 168088 | Final Distribution<br>(2-1) Lease Contract | 7100-000 | | 877.35 | 6,792.62 |

FORM 2



Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 14-35959 -DRC
Case Name: AGOSTO, SUZETTE

Taxpayer ID No: *******3272
For Period Ending: 08/26/16

Trustee Name: GINA B. KROL
Bank Name: ASSOCIATED BANK
Account Number / CD #: *******7822 Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Irving, TX 75016-8088<br>866-716-6441 | | | | | |
| 07/22/16 | 030010 | U.S. Small Business Administration<br>801 Tom Martin Drive, Suite 120<br>Birmingham, AL 35211 | Final Distribution<br>(5-1) SBA Disaster Loan | 7100-000 | | 2,211.59 | 4,581.03 |
| 07/22/16 | 030011 | US DEPT OF EDUCATION<br>CLAIMS FILING UNIT<br>PO BOX 8973<br>MADISON, WI 53704-8973 | Final Distribution | 7100-000 | | 988.45 | 3,592.58 |
| 07/22/16 | 030012 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Final Distribution | 7100-900 | | 290.78 | 3,301.80 |
| 07/22/16 | 030013 | TD BANK USA, N.A.<br>C O WEINSTEIN, PINSON AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Final Distribution | 7100-900 | | 83.58 | 3,218.22 |
| 07/22/16 | 030014 | Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2238 | Final Distribution | 7100-900 | | 648.68 | 2,569.54 |
| 07/22/16 | 030015 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Final Distribution<br>(6-1) Unsecured Debt | 7100-900 | | 60.31 | 2,509.23 |
| 07/22/16 | 030016 | ECAST SETTLEMENT CORPORATION, ASSIGNEE<br>OF CITIBANK, N.A.<br>POB 29262<br>NEW YORK, NY 10087-9262 | Final Distribution | 7100-900 | | 430.18 | 2,079.05 |
| 07/22/16 | 030017 | EnerBank USA<br>1245 East Brickyard Road, Suite 600 | Final Distribution | 7100-900 | | 1,122.84 | 956.21 |

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 14-35959 -DRC
Case Name: AGOSTO, SUZETTE

Taxpayer ID No: *******3272
For Period Ending: 08/26/16

Trustee Name: GINA B. KROL
Bank Name: ASSOCIATED BANK
Account Number / CD #: *******7822 Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Salt Lake City, Utah 84106 | | | | | |
| 07/22/16 | 030018 | Portfolio Recovery Associates, LLC<br>Successor to Synchrony Bank (Amazon)<br>POB 41067<br>Norfolk, VA 23541 | Final Distribution | 7100-900 | | 279.55 | 676.66 |
| 07/22/16 | 030019 | Portfolio Recovery Associates, LLC<br>Successor to Synchrony Bank (Walmart)<br>POB 41067<br>Norfolk, VA 23541 | Final Distribution | 7100-900 | | 200.32 | 476.34 |
| 07/22/16 | 030020 | Portfolio Recovery Associates, LLC<br>Successor to Synchrony Bank (Jc Penney)<br>POB 41067<br>Norfolk, VA 23541 | Final Distribution | 7100-900 | | 273.92 | 202.42 |
| 07/22/16 | 030021 | Portfolio Recovery Associates, LLC<br>Successor to Capital One Bank<br>POB 41067<br>Norfolk, VA 23541 | Final Distribution | 7100-900 | | 202.42 | 0.00 |

Account *******7822

| | | | | |
|---|---|---|---|---|
| | Balance Forward | 0.00 | | |
| 1 | Deposits | 33,000.00 | 23 Checks | 32,869.44 |
| 0 | Interest Postings | 0.00 | 4 Adjustments Out | 130.56 |
| | | | 0 Transfers Out | 0.00 |
| | Subtotal | $ 33,000.00 | Total | $ 33,000.00 |
| 0 | Adjustments In | 0.00 | | |
| 0 | Transfers In | 0.00 | | |
| | Total | $ 33,000.00 | | |

FORM 2

Page: 5

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 14-35959 -DRC
Case Name: AGOSTO, SUZETTE

Taxpayer ID No: *******3272
For Period Ending: 08/26/16

Trustee Name: GINA B. KROL
Bank Name: ASSOCIATED BANK
Account Number / CD #: *******7822 Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

/s/ GINA B. KROL

Trustee's Signature: ________________________________ Date: 08/26/16

GINA B. KROL